## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADEZDA STEELE-WARRICK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff<br>vs.<br><br>MICROGENICS CORPORATION AND THERMO FISHER SCIENTIFIC INC.,<br><br>　　　　　　　Defendants | Hon. Frederic Block<br><br>**CASE 1:19-cv-06558-FB-VMS**<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Alexander W. Hsu, being duly sworn, hereby depose and say as follows:

1. I am an associate with the law firm of Bowman and Brooke LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned case.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Minnesota.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My Minnesota attorney registration number is: 0399275.

8. Wherefore, your affiant respectfully requests that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:19-cv-06558-FB-VMS for Defendants Microgenics Corporation and Thermo Fisher Scientific Inc.

I declare under penalty of perjury that the foregoing is true and correct.

21977892v1

Executed on January 28, 2020

_____
Alexander W. Hsu, Esq.
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Alexander.Hsu@bowmanandbrooke.com
Telephone: (612) 339-8682

Subscribed to and sworn before me
This 28th day of January, 20202.

_____
Notary Public

KELLY M. MILLS
Notary Public - Minnesota
My Commission Expires
January 31, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January 2020, the foregoing document was filed electronically, and service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system and/or electronic mail as required by the local rules of the United States District Court for the Eastern District of New York.

/s/ Alexander W. Hsu
Alexander W. Hsu, Esq.

2

21977892v1