UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NADEZDA STEELE-WARRICK,

Individually and on behalf of all other similarly situated,

Plaintiffs,

-*against*-

MICROGENICS CORPORATION and THERMO FISHER SCIENTIFIC, INC.,

Defendants.

No.: 19-cv-06558 (FB) (VMS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that **ANANDA BURRA, ESQ.,** of Emery Celli Brinckerhoff & Abady LLP, hereby appears as counsel for **PLAINTIFF NADEZDA STEELE-WARRICK**, individually and on behalf of all others similarly situated in the above-entitled action, and requests that all papers filed through the ECF system be served upon him by email at aburra@ecbalaw.com.

Dated:   New York, New York
         March 5, 2020

EMERY CELLI BRINCKERHOFF
& ABADY LLP

By: _____/s/_____
Ananda Burra
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

*Attorney for Plaintiff*