# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADEZDA STEELE-WARRICK, individually and on behalf of all others similarly situated,<br><br>      Plaintiff<br>vs.<br><br>MICROGENICS CORPORATION AND THERMO FISHER SCIENTIFIC INC.,<br><br>      Defendants | Hon. Vera M. Scanlon<br><br>CASE 1:19-cv-06558-VMS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 24, 2020, on behalf of **Defendant Thermo Fisher Scientific Inc.**, I served the following documents via electronic mail to the following attorneys for the parties hereto:

1. Defendant Thermo Fisher Scientific Inc.'**s** Notice of Motion to Dismiss Plaintiff's First Amended Class Action Complaint and to Strike Class Allegations;
2. Memorandum of Law in Support of Defendant Thermo Fisher Scientific Inc.'s Motion to Dismiss Plaintiff's First Amended Class Action Complaint and to Strike Class Allegations;
3. Declaration of Nathan J. Marcusen in Support of Defendant Thermo Fisher Scientific Inc.'s Motion to Dismiss Plaintiff's First Amended Class Action Complaint and to Strike Class Allegations with Exhibits 1 and 2.

*Attorneys for Plaintiff and the Putative Class*

| | |
|---|---|
| Matthew D. Brinckerhoff, Esq.<br>Andrew G. Celli, Esq.<br>EMERY CELLI BRINCKERHOFF &<br>ABADY LLP<br>600 Fifth Avenue, 10th Floor<br>New York, NY 10020<br>mbrinckerhoff@ecbalaw.com<br>acelli@ecbalaw.com<br><br>Allana Kaufman, Esq.<br>KAUFMAN, LIEB, LEBOWTIZ AND FRICK, LLP<br>10 East 40th Street, Suite 3307<br>New York, NY 10016<br>akaufman@kllf-law.com | Karen L. Murtagh, Esq.<br>Michael Cassidy, Esq.<br>David Bentivegna, Esq.<br>Betsy Hutchings, Esq.<br>Nicole Jolicoeur, Esq.<br>PRISONERS' LEGAL SERVICES OF<br>NEW YORK<br>41 State Street, Suite M112<br>Albany, NY 12207<br>kmurtagh@plsny.org<br>mcassidy@plsny.org<br>dbentivegna@plsny.org<br>bhutchings@plsny.org<br>njolicoueur@plsny.org |

Dated: April 24, 2020.

 s/Nathan J. Marcusen
Christopher R. Carton (ID # CC0408)
Erica Mekles (ID # EM1020)
BOWMAN AND BROOKE LLP
317 George Street, Suite 320
New Brunswick, NJ  08901
Telephone: (201) 577-5175
chris.carton@bowmanandbrooke.com
erica.mekles@bowmanandbrooke.com

Nathan J. Marcusen (*admitted PHV*)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN  55402
Telephone: (612) 339-8682
nathan.marcusen@bowmanandbrooke.com

***Attorneys for Defendant Thermo Fisher Scientific Inc.***