# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADEZDA STEELE-WARRICK, individually and on behalf of all others similarly situated,<br><br>  Plaintiff<br>vs.<br><br>MICROGENICS CORPORATION AND THERMO FISHER SCIENTIFIC INC.,<br><br>  Defendants | Hon. Vera M. Scanlon<br><br>CASE 1:19-cv-06558-VMS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 12, 2020, on behalf of Defendant Thermo Fisher Scientific Inc., I served the following documents via U.S. Mail and electronic mail to the following attorneys for the parties hereto:

Reply Memorandum of Law in Support of Defendant Thermo Fisher Scientific Inc.'s Motion to Dismiss Plaintiff's First Amended Class Action Complaint and Strike Class Allegations.

***Attorneys for Plaintiff and the Putative Class***

Matthew D. Brinckerhoff, Esq.
Andrew G. Celli, Esq.
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
mbrinckerhoff@ecbalaw.com
acelli@ecbalaw.com

Allana Kaufman, Esq.
KAUFMAN, LIEB, LEBOWITZ AND FRICK, LLP
10 East 40th Street, Suite 3307
New York, NY 10016
akaufman@kllf-law.com

Karen L. Murtagh, Esq.
Michael Cassidy, Esq.
David Bentivegna, Esq.
Betsy Hutchings, Esq.
Nicole Jolicoeur, Esq.
PRISONERS' LEGAL SERVICES OF NEW YORK
41 State Street, Suite M112
Albany, NY 12207
kmurtagh@plsny.org
mcassidy@plsny.org
dbentivegna@plsny.org
bhutchings@plsny.org
njolicoueur@plsny.org

Dated: June 12, 2020.  s/Nathan J. Marcusen
Christopher R. Carton (ID # CC0408)
Erica Mekles (ID # EM1020)
BOWMAN AND BROOKE LLP
317 George Street, Suite 320
New Brunswick, NJ 08901
Telephone: (201) 577-5175
chris.carton@bowmanandbrooke.com
erica.mekles@bowmanandbrooke.com

Nathan J. Marcusen (*admitted PHV*)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 339-8682
nathan.marcusen@bowmanandbrooke.com

***Attorneys for Defendant Thermo Fisher Scientific Inc.***