# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADEZDA STEELE-WARRICK, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff<br>vs.<br><br>MICROGENICS CORPORATION AND THERMO FISHER SCIENTIFIC INC.,<br><br>                    Defendants | Hon. Vera M. Scanlon<br><br>CASE 1:19-cv-06558-VMS<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that on April 24, 2020, on behalf of **Defendant Microgenics Corporation**, I served the following documents via electronic mail to the following attorneys for the parties hereto:

    1.    Microgenics Corporation's Notice of Motion to Dismiss Plaintiff's First Amended Class Action Complaint and to Strike Class Allegations;

    2.    Memorandum of Law in Support of Defendant Microgenics Corporation's Motion to Dismiss Plaintiff's First Amended Class Action Complaint and to Strike Class Allegations;

    3.    Declaration of Nathan J. Marcusen in Support of Microgenics Corporation's Motion to Dismiss Plaintiff's First Amended Class Action Complaint and to Strike Class Allegations with Exhibits 1 through 6; and

*Attorneys for Plaintiff and the Putative Class*

| | |
|---|---|
| Matthew D. Brinckerhoff, Esq. <br> Andrew G. Celli, Esq. <br> EMERY CELLI BRINCKERHOFF & ABADY LLP <br> 600 Fifth Avenue, 10th Floor <br> New York, NY 10020 <br> mbrinckerhoff@ecbalaw.com <br> acelli@ecbalaw.com <br><br> Allana Kaufman, Esq. <br> KAUFMAN, LIEB, LEBOWTIZ AND FRICK LLP <br> 10 East 40th Street, Suite 3307 <br> New York, NY 10016 <br> akaufman@kllf-law.com | Karen L. Murtagh, Esq. <br> Michael Cassidy, Esq. <br> David Bentivegna, Esq. <br> Betsy Hutchings, Esq. <br> Nicole Jolicoeur, Esq. <br> PRISONERS' LEGAL SERVICES OF NEW YORK <br> 41 State Street, Suite M112 <br> Albany, NY 12207 <br> kmurtagh@plsny.org <br> mcassidy@plsny.org <br> dbentivegna@plsny.org <br> bhutchings@plsny.org <br> njolicoueur@plsny.org |

Dated: April 24, 2020.

 s/Nathan J. Marcusen
Christopher R. Carton (ID # CC0408)
Erica Mekles (ID # EM1020)
BOWMAN AND BROOKE LLP
317 George Street, Suite 320
New Brunswick, NJ 08901
Telephone: (201) 577-5175
chris.carton@bowmanandbrooke.com
erica.mekles@bowmanandbrooke.com

Nathan J. Marcusen (*admitted PHV*)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 339-8682
nathan.marcusen@bowmanandbrooke.com

*Attorneys for Defendant Microgenics Corporation*