

317 George Street, Suite 320
New Brunswick, NJ 08901
Phone: 201.577.5175
Fax: 804.649.1762

Erica S. Mekles
Direct: 201.577.5196
Email: erica.mekles@bowmanandbrooke.com

May 24, 2021

**VIA USDC EDNY CM/ECF**

Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A – South Wing
Brooklyn, NY 11201

Re: *Steele-Warrick v. Microgenics Corporation and Thermo Fisher Scientific Inc.*
Civil Action No. 1:19-cv-06558

*Ruben Wills v. Microgenics Corporation and Thermo Fisher Scientific Inc., et als.*
Civil Action No. 1:20-cv-04432-BMC

Dear Judge Scanlon:

We represent Defendants Microgenics Corporation and Thermo Fisher Scientific Inc. in the captioned cases. Per the Court's March 23, 2021 Order, counsel submits this joint letter to advise that, while Plaintiff Steele-Warrick would be interested in referral to the Court's ADR program if the defendants in *Steele-Warrick* were willing to discuss class-wide settlement, Defendants are not interested in discussing class-wide settlement at this time and thus ADR referral in *Steele-Warrick* is not possible. Plaintiff Ruben Wills is interested in pursuing ADR; however, Defendants are not interested at this time. Thus, the parties in both captioned matters do not seek referral to the Court's ADR program at this time.

Respectfully submitted,

BOWMAN AND BROOKE LLP

/s/ Erica S. Mekles
Erica S. Mekles
Senior Counsel

ESM/la

cc: All counsel of record (VIA ECF)