# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADEZDA STEELE-WARRICK, individually and on behalf of all others similarly situated, <br><br> Plaintiff <br> vs. <br><br> MICROGENICS CORPORATION AND THERMO FISHER SCIENTIFIC INC., <br><br> Defendants | Hon. Vera M. Scanlon <br><br> CASE 1:19-cv-06558-VMS <br><br><br> **DEFENDANT MICROGENICS CORPORATION'S NOTICE OF PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT** |

**PLEASE TAKE NOTICE** that Defendant Microgenics Corporation shall move before the Honorable Vera M. Scanlon, United States Magistrate Judge, on a date and at a time to be set by the Court, for an Order pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Second, Third, and Fourth Causes of Action in Plaintiff's Second Amended Class Action Complaint for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that Microgenics Corporation shall rely upon the accompanying Memorandum of Law in support of its Motion, and upon the record and pleadings filed herein.

Respectfully submitted,

Dated: June 10, 2021.

 *s/Nathan J. Marcusen*
Christopher R. Carton (ID # CC0408)
Erica Mekles (ID # EM1020)
BOWMAN AND BROOKE LLP
317 George Street, Suite 320
New Brunswick, NJ  08901
Telephone: (201) 577-5175
chris.carton@bowmanandbrooke.com
erica.mekles@bowmanandbrooke.com

Nathan J. Marcusen (*admitted PHV*)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN  55402
Telephone: (612) 339-8682
nathan.marcusen@bowmanandbrooke.com

***Attorneys for Defendant Microgenics Corporation***