# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADEZDA STEELE-WARRICK, individually and on behalf of all others similarly situated,<br><br>      Plaintiff<br>vs.<br><br>MICROGENICS CORPORATION AND THERMO FISHER SCIENTIFIC INC.,<br><br>      Defendants | Hon. Vera M. Scanlon<br><br>CASE 1:19-cv-06558-VMS<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that on June 10, 2021, on behalf of **Defendant Microgenics Corporation**, I served the following documents:

  1. Microgenics Corporation's Notice of Partial Motion to Dismiss Plaintiff's Second Amended Class Action Complaint;

  2. Memorandum of Law in Support of Defendant Microgenics Corporation's Partial Motion to Dismiss Plaintiff's Second Amended Class Action Complaint;

  3. Declaration of Nathan J. Marcusen in Support of Microgenics Corporation's Partial Motion to Dismiss Plaintiff's Second Amended Class Action Complaint, with Exhibits;

via electronic mail to the following attorneys for the parties hereto:

*Attorneys for Plaintiff and the Putative Class*

| | |
|---|---|
| Matthew D. Brinckerhoff, Esq.<br>Andrew G. Celli, Esq.<br>Ananda Venkata Burra, Esq.<br>Noel Leon, Esq.<br>EMERY CELLI BRINCKERHOFF & ABADY LLP<br>600 Fifth Avenue, 10th Floor<br>New York, NY 10020<br>mbrinckerhoff@ecbalaw.com<br>acelli@ecbalaw.com<br>aburra@ecbalaw.com<br>nleon@ecbawm.com | Michael Cassidy, Esq.<br>David Bentivegna, Esq.<br>Betsy Hutchings, Esq.<br>Marie-Ann Sennett, Esq.<br>PRISONERS' LEGAL SERVICES OF NEW YORK<br>41 State Street, Suite M112<br>Albany, NY 12207<br>mcassidy@plsny.org<br>dbentivegna@plsny.org<br>bhutchings@plsny.org<br>msennett@plsny.org |

Allana Kaufman, Esq.
KAUFMAN, LIEB, LEBOWTIZ AND FRICK LLP
10 East 40th Street, Suite 3307
New York, NY 10016
akaufman@kllf-law.com

Dated: June 10, 2021.

   *s/Nathan J. Marcusen*
Christopher R. Carton (ID # CC0408)
Erica Mekles (ID # EM1020)
BOWMAN AND BROOKE LLP
317 George Street, Suite 320
New Brunswick, NJ 08901
Telephone: (201) 577-5175
chris.carton@bowmanandbrooke.com
erica.mekles@bowmanandbrooke.com

Nathan J. Marcusen (*admitted PHV*)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 339-8682
nathan.marcusen@bowmanandbrooke.com

*Attorneys for Defendant Microgenics Corporation*