# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADEZDA STEELE-WARRICK, individually and on behalf of all others similarly situated,<br><br>     Plaintiff<br>vs.<br><br>MICROGENICS CORPORATION AND THERMO FISHER SCIENTIFIC INC.,<br><br>     Defendants | Hon. Vera M. Scanlon<br><br>CASE 1:19-cv-06558-VMS<br><br>**DEFENDANT THERMO FISHER SCIENTIFIC INC.'S NOTICE OF JOINDER IN PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT** |

  **PLEASE TAKE NOTICE** that Defendant Thermo Fisher Scientific Inc. hereby joins in Defendant Microgenics Corporation's Partial Motion to Dismiss Plaintiff's Second Amended Complaint, including the arguments set forth in Microgenics' supporting Memorandum of Law.

                  Respectfully submitted,

Dated: June 10, 2021.

                   _s/Nathan J. Marcusen_
                   Christopher R. Carton (ID # CC0408)
                   Erica Mekles (ID # EM1020)
                   BOWMAN AND BROOKE LLP
                   317 George Street, Suite 320
                   New Brunswick, NJ  08901
                   Telephone: (201) 577-5175
                   chris.carton@bowmanandbrooke.com
                   erica.mekles@bowmanandbrooke.com

                   Nathan J. Marcusen (_admitted PHV_)
                   BOWMAN AND BROOKE LLP
                   150 South Fifth Street, Suite 3000
                   Minneapolis, MN  55402
                   Telephone: (612) 339-8682
                   nathan.marcusen@bowmanandbrooke.com

                   ***Attorneys for Defendant Thermo Fisher Scientific Inc.***