# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADEZDA STEELE-WARRICK, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff<br>vs.<br><br>MICROGENICS CORPORATION AND THERMO FISHER SCIENTIFIC INC.,<br><br>                           Defendants | Hon. Vera M. Scanlon<br><br>CASE 1:19-cv-06558-VMS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 10, 2021, on behalf of **Defendant Thermo Fisher Scientific Inc.**, I served the following document:

1. Defendant Thermo Fisher Scientific Inc.'s Notice of Joinder in Partial Motion to Dismiss Plaintiff's Second Amended Class Action Complaint

via electronic mail to the following attorneys for the parties hereto:

*Attorneys for Plaintiff and the Putative Class*

| | |
|---|---|
| Matthew D. Brinckerhoff, Esq. <br> Andrew G. Celli, Esq. <br> Ananda Venkata Burra, Esq. <br> Noel Leon, Esq. <br> EMERY CELLI BRINCKERHOFF & ABADY LLP <br> 600 Fifth Avenue, 10th Floor <br> New York, NY 10020 <br> mbrinckerhoff@ecbalaw.com <br> acelli@ecbalaw.com <br> aburra@ecbalaw.com <br> nleon@ecbawm.com | Michael Cassidy, Esq. <br> David Bentivegna, Esq. <br> Betsy Hutchings, Esq. <br> Marie-Ann Sennett, Esq. <br> PRISONERS' LEGAL SERVICES OF NEW YORK <br> 41 State Street, Suite M112 <br> Albany, NY 12207 <br> mcassidy@plsny.org <br> dbentivegna@plsny.org <br> bhutchings@plsny.org <br> msennett@plsny.org |

Allana Kaufman, Esq.
KAUFMAN, LIEB, LEBOWTIZ AND FRICK LLP
10 East 40th Street, Suite 3307
New York, NY 10016
akaufman@kllf-law.com

Dated: June 10, 2021.

   *s/Nathan J. Marcusen*
Christopher R. Carton (ID # CC0408)
Erica Mekles (ID # EM1020)
BOWMAN AND BROOKE LLP
317 George Street, Suite 320
New Brunswick, NJ 08901
Telephone: (201) 577-5175
chris.carton@bowmanandbrooke.com
erica.mekles@bowmanandbrooke.com

Nathan J. Marcusen (*admitted PHV*)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 339-8682
nathan.marcusen@bowmanandbrooke.com

***Attorneys for Defendant Thermo Fisher Scientific Inc.***