# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADEZDA STEELE-WARRICK, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff<br>vs.<br><br>MICROGENICS CORPORATION AND THERMO FISHER SCIENTIFIC INC.,<br><br>                        Defendants | Hon. Vera M. Scanlon<br><br>CASE 1:19-cv-06558-VMS<br><br>**DEFENDANT THERMO FISHER SCIENTIFIC INC.'S NOTICE OF JOINDER IN MICROGENICS CORPORATION'S REPLY MEMORANDUM IN FURTHER SUPPORT OF PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT** |

      **PLEASE TAKE NOTICE** that Defendant Thermo Fisher Scientific Inc. hereby joins in Defendant Microgenics Corporation's Reply Memorandum in Further Support of Partial Motion to Dismiss Plaintiff's Second Amended Class Action Complaint.

                                                               Respectfully submitted,

Dated: August 10, 2021.

                                                              *s/Nathan J. Marcusen*
                                                              Christopher R. Carton (ID # CC0408)
                                                              Erica Mekles (ID # EM1020)
                                                              Bowman and Brooke LLP
                                                              317 George Street, Suite 320
                                                              New Brunswick, NJ 08901
                                                              Telephone: (201) 577-5175
                                                              chris.carton@bowmanandbrooke.com
                                                              erica.mekles@bowmanandbrooke.com

                                                              Nathan J. Marcusen (*admitted PHV*)
                                                              Bowman and Brooke LLP
                                                              150 South Fifth Street, Suite 3000
                                                              Minneapolis, MN 55402
                                                              Telephone: (612) 339-8682
                                                              nathan.marcusen@bowmanandbrooke.com

                                                              ***Attorneys for Defendant Thermo Fisher Scientific Inc.***