# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA
LAURA S. KOKOTAILO
SONYA LEVITOVA
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER
RACHAEL WYANT

May 17, 2024

*Via ECF*

Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Nadezda Steele-Warrick v. Microgenics Corporation et al.,*
              No. 19-cv-6558 (FB) (VMS)

Dear Judge Scanlon:

      This firm represents Plaintiffs in the above-captioned case. Pursuant to the Court's March 15, 2024 Order, we write jointly with all counsel to provide the Court with a status update regarding the status of expert discovery.

      Plaintiffs, as well as Microgenics Corporation and Thermo Fisher Scientific, Inc. (the "Corporate Defendants") have exchanged expert reports on behalf of a total of eight experts between them. The Parties have confirmed the deposition dates for Plaintiffs' experts and are working to confirm the deposition dates for the Corporate Defendants' experts and currently expect to be able to complete expert discovery by the Court's deadline of June 28, 2024.

      We thank the Court for its attention to this matter.

                            Respectfully Submitted,

                            /s/
                          Eric Abrams

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

    c.       All counsel (by ECF)