# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>JULIA P. KUAN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | MONDAIRE JONES<br>VASUDHA TALLA<br><br>ERIC ABRAMS<br>NICK BOURLAND<br>HANNAH BRUDNEY<br>DANIEL M. EISENBERG<br>ARIADNE M. ELLSWORTH<br>SARA LUZ ESTELA<br>LAURA S. KOKOTAILO<br>SONYA LEVITOVA<br>SARAH MAC DOUGALL<br>SANA MAYAT<br>HARVEY PRAGER<br>VIVAKE PRASAD<br>MAX SELVER<br>EMILY K. WANGER<br>RACHAEL WYANT |

June 7, 2024

*Via ECF*

Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Nadezda Steele-Warrick v. Microgenics Corporation et al.*,
               No. 19-cv-6558 (FB) (VMS)

Dear Judge Scanlon:

      This firm represents Plaintiffs in the above-captioned case. We write regarding the motion at ECF No. 269 regarding the upcoming expert deposition of Dr. Robert Swotinsky.

      Plaintiffs have no objection to Attorney Rob Rickner's requested relief. Plaintiffs agree that at minimum, Mr. Rickner should be permitted to attend Dr. Swotinsky's upcoming deposition.

      Plaintiffs have agreed to produce Dr. Swotinsky for a second deposition, despite him already sitting for a full day of questioning by counsel for Microgenics Corporation and Thermo Fisher Scientific, Inc. (the "Corporate Defendants") during his deposition in the related case in *Wills v. Microgenics Corporation et al.*, 20-cv-4432 (E.D.N.Y.). However, Plaintiffs object to counsel for the Corporate Defendants asking questions duplicative of those they asked Dr. Swotinsky during his first deposition, as the majority of counsel's questioning pertained to Dr. Swotinsky's expert report generally (the same report was issued in both cases), versus relatively few fact-specific questions pertaining to plaintiff Ruben Wills's particular case.

E<small>MERY</small> C<small>ELLI</small> B<small>RINCKERHOFF</small> A<small>BADY</small> W<small>ARD</small> & M<small>AAZEL</small> LLP
Page 2

  Plaintiffs have no objection to Dr. Swotinsky being questioned by counsel for the various defendants who did not receive adequate notice of or did not attend Dr. Swotinsky's deposition in *Wills*.

  We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/
Eric Abrams

c. All counsel (by ECF)